# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO-RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY A. BOONE, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-0290 JLT BAM (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY THE FILING FEE<br><br>(Doc. 11) |

Israel Maldonado-Ramirez is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2023, the Court denied Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and ordered Plaintiff to pay the filing fee within 21 days. (Doc. 11.) Plaintiff was also informed that "failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice." (*Id.* at 2, emphasis in original.)

On April 10, 2023, Plaintiff filed an affidavit, which appears to be response to the Court's order denying his application to proceed *in forma pauperis*. (Doc. 12.) Plaintiff reasserts his argument that "this motion to proceed IFP should go [through]." (*Id.* at 1.) However, Plaintiff failed to dispute the Court's prior finding that he had more than three actions dismissed as frivolous, malicious, or for failure to state a claim. Further, as the Court previously found, there is nothing to support a conclusion that Plaintiff is in any imminent danger of serious physical

1

injury, such that the exception of 28 U.S.C. § 1915(g) may be invoked. Notably, there is nothing in the "Affidavit' indicating Plaintiff intends to pay the filing fee.

Because Plaintiff has failed to pay the filing fee, this case cannot proceed at this time. *See* 28 U.S.C. § 1914(a). Accordingly, the Court **ORDERS**:

1. This action is **DISMISSED** without prejudice.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 5, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE